SCHLICHTER & SHONACK, LLP
KURT ANDREW SCHLICHTER, Bar No. 172385
STEVEN C. SHONACK, Bar No. 173395
JAMIE L. KEETON, Bar No 265267
ELIOT A. BENNION, Bar No 293362
2381 Rosecrans Avenue, Suite 326
El Segundo, CA 90245
Telephone: (310) 643-0111
Fax: (310) 643-1638

Attorneys for Defendant CARMAX
AUTO SUPERSTORES WEST
COAST, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GABRIELA BRILEY,<br><br>    Plaintiff,<br><br>v.<br><br>CARMAX AUTO SUPERSTORES WEST COAST, INC.,<br><br>    Defendant. | USDC No.: 5:16-cv-265<br><br>**NOTICE OF REMOVAL OF ACTION PER 28 U.S.C. § 1441(c)**<br>**[FEDERAL QUESTION]** |

TO THE CLERK OF THE ABOVE-ENTITLED COURT:

///

///

1

**NOTICE OF REMOVAL OF ACTION PER 28 U.S.C. § 1441(c)**
**[FEDERAL QUESTION]**

PLEASE TAKE NOTICE that defendant CarMax Auto Superstores West Coast, Inc., hereby removes to this Court the state court action described below.

1. On July 29, 2015, an action was commenced against defendant in the Superior Court of California, County of San Bernardino, Case No. CIVDS1510709, entitled *Gabriela Briley v. CarMax Auto Superstores West Coast Inc*.

2. On January 15, 2016, service was made on defendant CarMax Auto Superstores West Coast, Inc., of the summons and complaint in the above-described action. A true and correct copy of the summons and complaint, and associated orders and notices from the state court concurrently served therewith, are attached hereto as Exhibit "A." No further proceedings have been had in the state court action.

3. The above-described action is a civil action of which this Court has original jurisdiction under the provisions of Title 28, Section 1331 of the United States Code, and is one that may be removed to this Court by defendant, pursuant to Title 28, Section 1441 of the United States Code, in that plaintiff alleges against

defendant one or more claims arising under Title 47, Section 227, *et seq.* of the United States Code. The Court has supplemental jurisdiction to hear plaintiff's remaining state law claims under Title 28, Section 1367 of the United States Code.

WHEREFORE, defendant prays that the above action now pending against it in the Superior Court of California, County of San Bernardino, be removed therefrom to this Court.

Dated: February 11, 2016                SCHLICHTER & SHONACK, LLP


    /s/ - Kurt A. Schlichter
By: KURT A. SCHLICHTER
    STEVEN C. SHONACK
    JAMIE L. KEETON
    ELIOT A. BENNION
Attorneys for Defendant CARMAX AUTO SUPERSTORES WEST COAST, INC.

**NOTICE OF REMOVAL OF ACTION PER 28 U.S.C. § 1441(c)**
**[FEDERAL QUESTION]**