LAW OFFICES OF TODD M. FRIEDMAN, P.C.
Todd M. Friedman, Esq. (SBN: 216752)
tfriedman@toddflaw.com
324 S. Beverly Dr., #725
Beverly Hills, CA 90212
Telephone: (877) 206-4741
Facsimile: (866) 633-0228
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GABRIELA BRILEY**, | Case No. 5:16-cv-00265-JAK-KK |
| Plaintiff, | **NOTICE OF SETTLEMENT** |
| vs. | |
| **CARMAX AUTO SUPERSTORES WEST COAST, INC.,** | |
| Defendant. | |

NOW COMES THE PLAINTIFF by and through her attorney to respectfully notify this Honorable Court that this case has settled. Plaintiff request that this Honorable Court vacate all pending hearing dates and allow sixty (60) days with which to file dispositive documentation. A Joint Stipulation of Dismissal will be forthcoming. This Court shall retain jurisdiction over this matter until fully resolved.

Respectfully submitted this 7th day of September, 2016.

By: s/Todd M. Friedman
TODD M. FRIEDMAN
Law Offices of Todd M. Friedman, P.C.
Attorney for Plaintiffs

Notice of Settlement - 1

Filed electronically on this 7th day of September, 2016, with:

United States District Court CM/ECF system

Notification sent electronically via the Court's ECF system to:

Honorable John A. Kronstadt
United States District Court
Central District of California

Eliot Andrew Bennion
Schlichter and Shonack LLP

Jamie L Keeton
Schlichter and Schonack LLP

Steven C Shonack
Schlichter and Shonack LLP

Kurt A Schlichter
Schlichter and Shonack LLP

This 7th day of September, 2016.

s/Todd M. Friedman
Todd M. Friedman